AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ERIC EVAN BROWN<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.<br>     3:24-mj- 1169 – LLL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    April 7, 2024 and May 9, 2024    in the county of    Columbia    in the    Middle    District of    Florida    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly Assaulting a Federal Officer without Use of a Deadly Weapon |
| 18 U.S.C. § 115(a)(1)(B) | Threats Against a Federal Official |
| 18 U.S.C. § 875 | Threatening Communications |
| 18 U.S.C. § 879 | Threats Against Former Presidents and Other Secret Service Protectees |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffery S. Boothe, Senior Special Agent, USSS
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:    5/10/24

_____
*Judge's signature*

City and state:    Jacksonville, Florida

Joel B. Toomey, U.S. Magistrate Judge
*Printed name and title*

## CRIMINAL COMPLAINT AFFIDAVIT

I, Jeffery S. Boothe, being duly sworn, depose and state:

### I.    INTRODUCTION

1.    I am a Senior Special Agent (SSA) with the United States Secret Service (USSS) and have been so employed since April 1999. I am a "Federal law enforcement officer", as defined under 18 U.S.C. § 115. My assigned duties include the investigation of federal criminal offenses, including threats directed towards current and former protectees of the USSS. I have participated in numerous investigations involving threatening communications in violation of 18 U.S.C. § 875 and threats against former Presidents and other Secret Service protectees in violation of 18 U.S.C. § 879. Based on my training and experience I familiar with numerous federal criminal offenses to include forcibly assaulting a federal officer in violation of 18 U.S.C. § 111(a)(1) and threats against federal officials in violation of 18 U.S.C. § 115(a)(1)(B).

2.    The information in this Affidavit is based on my personal knowledge as well as information, knowledge, observations, and investigations of other federal, state, and local law enforcement officers and civilians.

3.    This Affidavit does not contain all information discovered during this investigation, rather only that information believed to be sufficient to support probable cause for the requested criminal complaint.

4.     Based on the information in this Affidavit, I request that a criminal complaint be issued for ERIC EVAN BROWN for violations of 18 U.S.C. §§ 111(a)(1), 115(a)(1)(B), 875, and 879.

## II.     PROBABLE CAUSE

5.     On or about April 8, 2024, the United States Secret Service Protective Intelligence and Assessment Division/Open-Source Branch notified the United States Secret Service Protective Intelligence Operations Center that an unidentified x/Twitter user under the handle Eric Brown / @brown187435 posted the following message on their X/Twitter account on or about April 7, 2024:

> **"Remember that Mr President Mr Donald Trump I will kill this whole f****** country to get my f****** pedophiles that rape the children of God I will kill you Hillary and I will wipe this country Park to get it."**

6.     On or about April 8, 2024, the United States Secret Service Protective Intelligence and Assessment Division/Open-Source Branch identified the IP Address of the source of the threatening message as 40.138.87.163, located in White Springs, Florida. The Internet Service Provider was identified as Windstream Communication.

7.     On or about April 25, 2024, USSS SA J. Rolander received subscriber information on IP Address 40.138.87.163 from Windstream Services LLC. Based on his review of the information he determined that the IP Address was assigned to Futter S4 Oaks RV Park located at 2264 NW Thunder Street, White Springs, FL 32096. SA Rolander subsequently spoke to a member of management at Futter S4 Oaks RV

2

Park who advised in substance that an individual named ERIC BROWN was currently living in the park at site #█.

8.      On May 9, 2024, based on information provided by the RV Park and open-source and my law enforcement database queries for ERIC BROWN (BROWN) a driver's license out of Missouri issued to BROWN under number S016296006 was located.  A query of the Nation Crime Information Center for MO driver's license S016296006 revealed a photograph of BROWN, along with his personal identification information.

9.      On May 9, 2024, USSS SA S. Locilento and I went to 2264 NW Thunder Street, White Springs, FL 32096. We went there in an attempt to locate and interview BROWN regarding the threatening post to a X/Twitter account identified as Eric Brown / @brown187435 posted from an IP Address that resolved to 2264 NW Thunder Street, White Springs, FL 32096.  Upon arrival, we met with a member of management for the RV park. This individual provided us with a description of BROWN's two RVs, along with BROWN's two vehicles.

10.     On that same day SA Locilento and I approached BROWN's RV and knocked on the door.  SA Locilento was dressed in a navy-blue polo shirt with the U.S. Secret Service star clearly embroidered on the left breast. The words "United States Secret Service" are stitched in white letters on a blue background within the star logo. SA Locilento was clearly displaying his issued U.S. Secret Service badge along with his issued firearm on his waist.  I was dressed in plain street clothes with no

3

readily identifiable markings. Shortly after knocking on the door, the door of the RV flew open. A male whom I recognized to be BROWN from his MO driver's license photograph which I had reviewed immediately came out of the RV, advancing toward myself and SA Locilento. BROWN took an aggressive posture toward us with both of his hands raised up, as a pit-bull dog emerged from the RV. BROWN quickly and aggressively grabbed the dog by its collar and threw it back into the RV while kicking it with his foot. BROWN was not wearing a shirt and it was observed that he had a folding knife clipped to his pants pocket. I presented my issued U.S. Secret Service credentials which is a badge and my agency identification card to BROWN and provided him with my name. I advised him we were Special Agents with the U.S. Secret Service to which he yelled, "Get out of here. I'll fucking kill you!" At that time, SA Locilento and I were very close to BROWN and started to slowly retreat to our vehicle. Out of concern for our safety, both of us continued to watch BROWN, as he continued to act in an aggressive manner, advancing toward both of us.

11.    SA Locilento made several attempts to deescalate the situation and calm down BROWN. I attempted to redirect BROWN by letting him know that we merely wanted to discuss the posting made on his X/Twitter account directed to Hillary Clinton. BROWN responded that his past actions were not illegal. The encounter continued to deteriorate, as BROWN continued to become more enraged and was at times speaking in a loud voice, yelling at us to leave his property. At that time, SA Locilento and I advised BROWN that we would be leaving. BROWN stated to SA

4

Locilento, "You're lucky I didn't shoot you." As SA Locilento and I were leaving, BROWN stated Hillary Clinton killed his family.

12.     On May 9, 2024, after SA Locilento and I left the RV park, I received a telephone call from a member of management at the RV Park. This individual stated in substance that upon our departure from the RV Park, BROWN threatened to kill a resident that observed our encounter.

## III.   CONCLUSION

13.     Based upon the foregoing, I submit that probable cause exists to believe that ERIC EVAN BROWN committed the crimes of sending a threatening communication in violation of 18 U.S.C. § 875, making threats against former Presidents and other Secret Service protectees in violation of 18 U.S.C. § 879, forcibly assaulting a federal officer in violation of 18 U.S.C. § 111(a)(1), and making threats against a federal official in violation of 18 U.S.C. § 115(a)(1)(B).

Jeffery S. Boothe
Senior Special Agent
United States Secret Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 4(d) before me this ___10___ day of May 2024, at Jacksonville, Florida.

JOEL B. TOOMEY
UNITED STATES MAGISTRATE JUDGE

5